**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **PEYTON INGE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | NO: 4:12-CV-00717-RC-ALM |
| § | |
| **CSC CREDIT SERVICES, INC. AND** § | |
| **CAPITAL ONE (USA) BANK, N.A** § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The court, having considered the Joint Stipulation of Dismissal with Prejudice [Doc. #21] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by plaintiff Peyton Inge, is of the opinion that the Joint Stipulation of Dismissal with Prejudic should be GRANTED.

It is therefore ORDERED that the Joint Stipulation of Dismissal with Prejudice [Doc. #21] is granted, and plaintiff's claims against defendants Capital One (USA) Bank, N.A. and CSC Credit Services, Inc. are hereby dismissed with prejudice.  Each party shall bear their own attorneys' fees and """costs.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

So **ORDERED** and **SIGNED** on July  21 , 2013.

*Ron Clark*
_____
Ron Clark, United States District Judge